THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Nyikrenda
 Keith,        Appellant.
 
 
 

Appeal From Lexington County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No.
2005-UP-405
Submitted June 1, 2005  Filed June 24, 2005

APPEAL DISMISSED

 
 
 
 Acting Chief Attorney Joseph
 L. Savitz, III, Office of Appellate Defense, of Columbia, 
 for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, Office of the
 Attorney General, all of Columbia; and Solicitor Donald V. Myers, of
 Lexington, for Respondent.
 
 
 

PER CURIAM:  Nyikrenda
Keith appeals her guilty plea for accessory after the fact of murder.  The
trial judge sentenced Keith to fifteen years imprisonment.
Pursuant to Anders v. California,
386 U.S. 738 (1967), counsel for Keith attached to the final brief a petition to
be relieved as counsel, stating he had reviewed the record and concluded Keiths
appeal is without legal merit sufficient to warrant a new trial.  Keith did
not file a separate pro se response.
After a thorough review of the
record pursuant to Anders and State v. Williams, 305 S.C. 116, 406
S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be
relieved.
APPEAL DISMISSED.[1]
HEARN, C.J., BEATTY and SHORT, JJ.,
concur.

[1]  Because oral argument would not aid the court in resolving
the issues on appeal, we decide this case without oral argument pursuant to Rule
215, SCACR.